UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:12-CR-69-BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| STEFFANIE ELIZABETH HOWARD | ) | |

Leave of court is granted for the filing of the foregoing dismissal.

This 18 day of October, 2012.

TERRENCE W. BOYLE
United States District Judge